UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

BRANDY B. UJOH,

    Plaintiff,

  v.

JOHN E. POTTER, *Postmaster General of the United States Postal Service*,

    Defendant.

Case No. 09-cv-343-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that Count I, alleging violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, is dismissed without prejudice,

IT IS FURTHER ORDERED AND ADJUDGED that judgment on Count II, alleging violation of the Rehabilitation Act of 1973, 29 U.S.C. § 621, *et seq.*, is entered in favor of Defendant John Potter and against Plaintiff Brandy Ujoh.

**DATED: August 10, 2010**

**NANCY ROSENSTENGEL, CLERK**

By:s/Deborah Agans,
   Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
              **DISTRICT JUDGE**